**WILLIAM F. GRACE, JR. AND ANNE M. GRACE**

**VERSUS**

**EQUIPCO, L.L.C.**

\*     **NO. 2023-CA-0119**

\*     **COURT OF APPEAL**

\*     **FOURTH CIRCUIT**

\*     **STATE OF LOUISIANA**

\*

\*

**\* \* \* \* \* \* \***

*JCL*     **LOBRANO, J., CONCURS IN THE RESULT**